# United States Court of Appeals
### For the Eighth Circuit
_____

No. 19-2790
_____

Theresa Marie Barbero

*Plaintiff - Appellant*

v.

Wilhoit Property Management, Inc.

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Western District of Missouri - Springfield
_____

Submitted: February 26, 2020
Filed: March 2, 2020
[Unpublished]
_____

Before GRUENDER, WOLLMAN, and STRAS, Circuit Judges.
_____

PER CURIAM.

Theresa Barbero, proceeding pro se, brought this civil action against Wilhoit Property Management, Inc., the owner of an apartment building where she briefly

lived.   The district court[1] dismissed her complaint and denied her request to amend it.

We conclude that dismissal was proper.   *See Hopkins v. City of Bloomington*, 774 F.3d 490, 491 (8th Cir. 2014) (stating that we apply de-novo review to the grant of a motion to dismiss for failure to state a claim).   Barbero's proposed amendments would not have fixed the problems with her complaint, so it would have been futile to give her leave to amend it.   *See Plymouth Cty. v. Merscorp, Inc.*, 774 F.3d 1155, 1160 (8th Cir. 2014) (explaining that a determination of futility is a legal conclusion subject to de-novo review); *Reuter v. Jax Ltd.*, 711 F.3d 918, 922 (8th Cir. 2013) (noting that futility is a sufficient reason to deny leave to amend).   We accordingly affirm the judgment of the district court.   *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable Stephen R. Bough, United States District Judge for the Western District of Missouri.